In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Andrew Merterko, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Tony Peltz, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Charles Shue, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of John Tunia, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of F. E. Benway, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Joe Halco, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Mike Metrik, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Nick La Tempa, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Frank Vellutino, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Mike Kozliki, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.